to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. William H. Allen* and *S. Harrison White* for petitioner. *Mr. Frank N. Bancroft* for respondent.

No. 245. NAVIGAZIONE GENERALE ITALIANA *v.* ELTING, COLLECTOR OF CUSTOMS. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Delbert M. Tibbetts* and *Gaspare M. Cusumano* for petitioner. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *W. Marvin Smith* for respondent.

No. 246. DAVIS, ADMINISTRATRIX, *v.* LOUISVILLE & NASHVILLE R. Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Albert Williams* and *Edwin F. Hunt* for petitioner. *Mr. Ed. T. Seay* for respondent.

No. 247. BAUSCH & LOMB OPTICAL Co. ET AL. *v.* WAHLGREN ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Silas H. Strawn* and *John D. Black* for petitioners. *Messrs. Charles Hudson* and *Benjamin F. J. Odell* for respondents.

No. 248. BANCKER *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit